Prob22
(Rev 3/98

**TRANSFER OF JURISDICTION**

FILED BY _____ DC

05 OCT 27 AM 10:41

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 2:99CR20225-04 |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/ SUPERVISED RELEASEE | DISTRICT WESTERN DISTRICT OF TENNESSEE | DIVISION Western |
|---|---|---|

Fred Reed
3149 Laura Lane
Lithia Springs, GA 30122

| NAME OF SENTENCING JUDGE |
|---|
| Bernice B. Donald |

| DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 12/06/04 | TO 12/05/07 |
|---|---|---|

| OFFENSE | |
|---|---|
| Mail Fraud (18 USC §1341 and 2); | |
| Wire Fraud (18 USC §1343 and 2) | |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 1 9 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>WESTERN DISTRICT OF TENNESSEE (MEMPHIS)</u>

      It is ordered that the jurisdiction of this supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Georgia (Marietta) on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. § 3605.

8/16/2005
Date

_____
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF GEORGIA (MARIETTA)</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-30-05
Date

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-27-05


346

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 346 in case 2:99-CR-20225 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT